**UNITED STATES of America, Appellee,**

v.

**Jose TORMOS–VEGA,
Defendant, Appellant.**

**UNITED STATES of America, Appellee,**

v.

**Juan Luis BOSCIO,
Defendant, Appellant.**

Nos. 88–2235, 89–1253 and 89–2022.

United States Court of Appeals,
First Circuit.

Heard and Submitted April 5, 1990.

Decided Sept. 5, 1990.

---

**4**

Harry Anduze Montano with whom Pia Gallegos was on brief, for defendant, appellant Jose Tormos–Vega.

Ricardo R. Pesquera, Asst. U.S. Atty., with whom Daniel F. Lopez–Romo, U.S. Atty., was on brief, for appellee U.S.

Juan Luis Boscio, on brief pro se.

Before BREYER, Chief Judge, CAMPBELL and SELYA, Circuit Judges.

LEVIN H. CAMPBELL, Circuit Judge.

The judgment of the district court is vacated and the case remanded for a new trial. *Gomez v. United States,* —— U.S. ——, 109 S.Ct. 2237, 104 L.Ed.2d 923 (1989); *United States v. Martinez–Torres,* 912 F.2d 1552 (1st Cir.1990) (en banc). In view of the Supreme Court's grant of certiorari in *United States v. France,* 886 F.2d 223 (9th Cir.1989) *cert. granted,* —— U.S. ——, 110 S.Ct. 1921, 109 L.Ed.2d 285 (1990), however, the mandate of this court ordering the foregoing is stayed until further order. *See Martinez–Torres,* at 1556.